**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00724-CV

**FLAGSTAR BANK, FSB, Appellant**

**V.**

**MARK WALKER, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04864-2009**

## ORDER

We **GRANT** appellees/cross-appellants' February 13, 2014 agreed motion for an extension of time to file a reply brief in support of their cross-appeal. Appellees/cross-appellants shall file their reply brief in support of their cross-appeal on or before Monday, February 24, 2014.

/s/ ADA BROWN
JUSTICE